(No. 6282—)

E. F. Mueller, Claimant, *vs.* State of Illinois, Departments of Public Works and Buildings and Mental Health, Respondent.

*Opinion filed January 11, 1972.*

E. F. Mueller, Claimant, pro se.

William J. Scott, Attorney General; Edward L.S. Arkema, Jr., Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6285—)

International Business Machines Corporation, Claimant, *vs.* State of Illinois, Governor's Office of Human Resources, Respondent.

*Opinion filed January 11, 1972.*

International Business Machines Corporation, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.